United States District Court

For the Northern District of California

| | |
|---|---|
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and YOUTUBE, LLC,<br><br>    Defendants.<br>_____ | Case No. 13-cv-01317-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NETAPP, INC.,<br><br>    Defendant.<br>_____ | Case No. 13-cv-1359-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.,<br><br>    Defendants.<br>_____ | Case No. 13-cv-1358-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant.<br>_____ | Case No. 13-cv-1356-EJD |

///

On March 21, 2013, Chief Judge Leonard Davis of the U.S. District Court for the Eastern District of Texas issued a memorandum opinion and order conditionally transferring the four above-captioned matters to the Northern District of Calfornia.  The earliest-filed case was randomly assigned to Judge Edward J. Davila, who *sua sponte* related the other three cases pursuant to Civil Local Rule 3-12.

The case management and transfer protocol detailed in Chief Judge Davis' order of March 21, 2013 will be followed in all four of the above-captioned cases. The transfer of the electronic dockets to this Court from the Eastern District of Texas will take place after the completion of the consolidated Markman hearing before Chief Judge Davis.

For the Assignment Committee,

Dated: 3/29/2013

_____
Claudia Wilken
Chief Judge
U.S. Disrict Court for the Northern
District of California